**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **GARY DENNIS,** | : | **CIVIL ACTION NO. 1:15-CV-183** |
| **Plaintiff** | : | |
| | : | **(Chief Judge Conner)** |
| **v.** | : | |
| | : | |
| **W. W. ADCOCK, INC.,** | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 1st day of July, 2015, the parties having reported to the Court that the above action has been settled, it is hereby ORDERED that this Action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within sixty (60) days, to reinstate the action if the settlement is not consummated.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania